IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIMEDA MCGINNIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 11 C 8475 |
| | ) | |
| ROBERT ROWELS, JESSE MONTGOMERY, and MICHAEL P. RANDLE, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Keith E. Allen seeks leave of Court pursuant to Local Rule 83.17 to withdraw as counsel for Plaintiff Kimeda McGinnis ("McGinnis") in connection with the above-referenced litigation, stating as follows:

1. McGinnis retained the Law Offices of Keith E. Allen, Ltd. to represent her in the above-captioned case filed in this District.

2. McGinnis recently instructed her current attorney to cease prosecuting her interests in the litigation. McGinnis is fully aware that counsel would terminate his appearance consistent with that instruction.

3. The last known address of McGinnis is 7548 S. Kingston Ave, Apt. 2 Chicago, Illinois 60649.

4. To ensure notice of this motion, counsel has provided a copy of the same to McGinnis by way of both U.S. Mail and Federal Express.

5. If this Court determines that Mr. Rowels is liable for the costs of service, counsel respectfully requests that this Court order Mr. Rowels to pay those costs directly to the Law Offices of Keith E. Allen, Ltd., as it, not Ms. McGinnis, paid the costs and fees related to service.

WHEREFORE, Keith E. Allen respectfully requests that this Court enter an Order granting him leave to withdraw pursuant to Local Rule 83.17, terminate his appearance as attorney of record for Plaintiff Kimeda McGinnis, and grant whatever other relief it deems appropriate in the premises.

Respectfully Submitted,

By: /s/ Keith E. Allen

Keith E. Allen, #6271854
Law Offices of Keith E. Allen, Ltd.
4320 Winfield Road, Suite 200
Warrenville, Illinois 60555
630-836-8495